In re Peng TAN.

No. 2008–1421.

United States Court of Appeals,
Federal Circuit.

April 3, 2009.

David Fink, Fink & Johnson, of Houston, TX, argued for appellant.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

LOURIE, RADER, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.